429 F.3d 1011
 UNITED STATES of America, Plaintiff-Appellee,
v.
Ruben CAMPA, a.k.a. John Doe 3, a.k.a. Vicky, a.k.a. Camilo, a.k.a. Oscar, Rene Gonzalez, a.k.a. Iselin, a.k.a. Castor, Gerardo Hernandez, a.k.a. Giro, a.k.a. Manuel Viramontez, a.k.a. John Doe 1, a.k.a. Manuel Viramontes, Luis Medina, a.k.a. Oso, a.k.a. Johnny, a.k.a. Allan, a.k.a. John Doe 2, Antonio Guerrero, a.k.a. Rolando Gonzalez-Diaz, a.k.a. Lorient, Defendants-Appellants.
United States of America, Plaintiff-Appellee,
v.
Gerardo Hernandez, a.k.a. Giro, a.k.a. Manuel Viramontez, a.k.a. John Doe 1, a.k.a. Manuel Viramontes, Luis Medina, a.k.a. Oso, a.k.a. Johnny, a.k.a. Allan, a.k.a. John Doe 2, Rene Gonzalez, a.k.a. Iselin, a.k.a. Castor, Antonio Guerrero, a.k.a. Rolando Gonzalez-Diaz, a.k.a. Lorient, Ruben Campa, a.k.a. John Doe 3, a.k.a. Vicky, a.k.a. Camilo, a.k.a. Oscar, Defendants-Appellants.
 No. 01-17176.
 No. 03-11087.
 United States Court of Appeals, Eleventh Circuit.
 October 31, 2005.
 
 Joaquin Mendez, Jr. (Fed. Pub. Def.), Joaquin Mendez, P.A., Philip Robert Howowitz (Court-Appointed), Law Office of Philip R. Horowitz, Paul A. McKenna (Court-Appointed), McKenna & Obront, William M. Norris (Court-Appointed), William M. Norris, P.A., Kathleen M. Williams (Fed. Pub. Def.), Jack R. Blumenfeld (Court-Appointed), Richard C. Klugh, Jr. (Fed. Pub. Def.), Miami, FL, Leonard I. Weinglas, New York City, for Appellants.
 Anne R. Schultz, David Marc Buckner, Caroline Heck Miller, U.S. Atty., Miami, FL, for U.S.
 Erik Luna, University of Utah College of Law, Salt Lake City, UT, for Amicus Curiae Sociedad Cubana de Ciencias Penales.
 Carl Peter Erlinder, William Mitchell College of Law, St. Paul, MN, for Amicus Curiae Nat. Lawyers Guild.
 Appeals from the United States District Court for the Southern District of Florida (No. 98-00721-CR-JAL); Joan A. Lenard, Judge.
 (Opinion Aug. 9, 2005, 419 F.3d 1219, 11th Cir.2005) Before EDMONDSON, Chief Judge, and TJOFLAT, ANDERSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS, WILSON and PRYOR, Circuit Judges*.
 BY THE COURT:
 A member of this Court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,
 IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.
 
 
 
 Notes:
 
 
 *
 Senior U.S. Circuit Judge Phyllis A. Kravitch may elect to participate in further proceedings in these matters pursuant to 28 U.S.C. § 46(c)